IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER TIPTON and SLEEKEZ, LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HAL HORTON,<br><br>Defendant. | CV 19-25-BLG-SPW<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

On March 4, 2019, Plaintiffs Jennifer Tipton and SleekEZ, LLC ("SleekEZ"), by and through their attorneys, H1 LAW GROUP, filed a Motion for Leave to File Under Seal (Doc. 1). Plaintiffs requested that their Verified Complaint and Emergency Motion for Temporary Restraining Order and Preliminary Injunction be filed under seal because these are based on a confidential settlement agreement. Based on the confidential settlement agreement, and for good cause being shown,

**IT IS HEREBY ORDERED** that Plaintiffs Motion for Leave to File Under Seal is hereby **GRANTED.** The Verified Complaint and exhibits lodged with the Court are hereby deemed filed under seal. The Motion for Temporary Restraining

1

Order and Preliminary Injunction and the brief thereto lodged with the Court are hereby deemed filed under seal.

DATED this 5th day of March, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge