IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER TIPTON and SLEEKEZ, LLC, a Wyoming limited liability company,<br><br>Plaintiffs/Counterdefendants,<br><br>vs.<br><br>HAL HORTON,<br><br>Counterclaimant/Defendants. | CV 19-25-BLG-SPW<br><br>JUDGMENT |

Based upon the Findings of Fact and Conclusions of Law entered in this case, this Court holds that Judgment is entered against Defendant and Counterclaimant Hal Horton in the amount of **$618,244.22**. This Judgment includes disgorged profits of $430,854.00, punitive damages of $107,713.50, and Plaintiffs' attorneys' fees and costs of $79,677.22.

DATED this 31st day of May, 2022.

SUSAN P. WATTERS
United States District Judge